In the Matter of the Application of LAURENCE LUSTIG, Respondent, to Compel Arbitration by ELIAS LUSTIG, Appellant.— Order affirmed, with twenty dollars

costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.